[Cite as *State v. Mathis*, 2014-Ohio-3070.]

IN THE COURT OF APPEALS OF OHIO
SIXTH APPELLATE DISTRICT
ERIE COUNTY

State of Ohio                                    Court of Appeals No. E-13-017

    Appellee                                Trial Court No. 2012-CR-105

v.

Isaac Mathis                                  **DECISION AND JUDGMENT**

    Appellant                               Decided:  July 8, 2014

* * * * *

Kevin J. Baxter, Erie County Prosecuting Attorney, and
Mary Ann Barylski, Assistant Prosecuting Attorney, for appellee.

* * * * *

**JENSEN, J.**

**{¶ 1}** This matter is before the court on appellee's "Motion to Cancel Appellant's Appeal Bond."

**{¶ 2}** On May 9, 2014, we issued a decision and judgment affirming appellant's March 14, 2013 conviction for aggravated possession of drugs and possession of drugs. Pursuant to Crim.R. 46(H), our disposition of the appeal automatically terminated the

appeal bond we had previously ordered.  *See State v. Plunkett,* 186 Ohio App.3d 408,
2009-Ohio-5307, ¶ 4 (2d Dist.).  Accordingly, we hereby find that the appeal bond was
revoked on the date we issued our decision, May 9, 2014, and appellee's motion is denied
as moot.

    **{¶ 3}** It is so ordered.

                                        Motion denied.

Mark L. Pietrykowski, J.                       _____

                                                JUDGE

Stephen A. Yarbrough, P.J.

                                         _____

James D. Jensen, J.                                   JUDGE

CONCUR.

                                         _____

                                                JUDGE

This decision is subject to further editing by the Supreme Court of
Ohio's Reporter of Decisions.  Parties interested in viewing the final reported
version are advised to visit the Ohio Supreme Court's web site at:
http://www.sconet.state.oh.us/rod/newpdf/?source=6.